UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CANADA DRY DELAWARE VALLEY :
BOTTLING COMPANY, AND CANADA     07 CV 8037   (    )
DRY POTOMAC CORPORATION, :

                   Petitioners, :   **RULE 7.1 STATEMENT**

                   v. :

HORNELL BREWING CO., INC. D/B/A :
FEROLITO, VULTAGGIO & SONS,

                 Respondent.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioners Canada Dry Delaware Valley Bottling Company and Canada Dry Potomac Corporation (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

                                          WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP

                                          By: _/s/ Dana B. Klinges_
                                              Dana B. Klinges (DK-8022)
                                              Attorneys for Petitioners
                                              250 Park Avenue
                                              New York, New York 10177

Dated: New York, New York
        September 12, 2007

PHL:5690232.1