UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CANADA DRY DELAWARE VALLEY
BOTTLING COMPANY, AND CANADA
DRY POTOMAC CORPORATION,

                        Petitioners,

                        v.

HORNELL BREWING CO., INC. D/B/A
FEROLITO, VULTAGGIO & SONS,

                        Respondent.

-----------------------------------------------------------------x

07 CV _____ ( )

**ORDER TO SHOW CAUSE
TO CONFIRM
ARBITRATION AWARD**

UPON the annexed petition dated September 12, 2007, and the attachments thereto, it is hereby

ORDERED that respondent show cause before this Court, at the Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York, on September 28, 2007, at 11:00 A.m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to 9 U.S.C. § 9, confirming the arbitral awards entered in *CDDV & CDP v. Hornell*, American Arbitration Association Case No. 13 181 01425 05, directing the Clerk to enter judgment thereon, and granting such other and further relief as the Court deems just and proper; and it is further

ORDERED that respondent's opposition papers, if any, shall be filed on or before September 25, 2007, and petitioners' reply papers, if any, shall be filed on or before September 27, 2007, at 5 p.m.; and it is further

**ORDERED** that personal delivery of a copy of this Order and the papers upon which it is based to respondent's counsel of record, Morrison Cohen, LLP, 909 Third Avenue, New York, NY 10022-4731, on or before September 18, 2007, shall be good and sufficient service.

_____
United States District Judge