UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANADA DRY DELAWARE VALLEY
BOTTLING COMPANY, AND CANADA
DRY POTOMAC CORPORATION,

                Petitioners,

v.

HORNELL BREWING CO., INC. D/B/A
FEROLITO, VULTAGGIO & SONS,

                Respondent.

07 Civ. 8037 (SHS)

## CERTIFICATE OF SERVICE

Milagros G. Lopez being duly sworn, deposes and says:

1. I am over the age of 18 years of age, am not a party to this action and reside in the county of Bronx, State of New York

2. On September 17, 2007, at approximately 1:10 pm, at 909 Third Avenue, New York, New York, 10022-4731, I personally served the following copies of (a) Order to Show Cause to confirm Arbitration Award filed 9/14/07, (b) Civil Cover Sheet and Rule 7.1 Statement dated 9/12/07 and (c). Petition to confirm Arbitration Award 9/12/07, upon Morrison Cohen LLP.

3. Hector Gonzalez, stated that his title is the Managing Clerk and that he is authorized to accept service on behalf of Morrison Cohen LLP.

4. Deponent describes the individual served as follows: Hispanic Male, approximately 36 years old, stands approximately 6'0" tall, weighs approximately 200 lbs., with black hair and brown eyes.

*[signature]*
Milagros G. Lopez

Sworn to before me this

24th day of September 2007

*[signature]*

Notary Public

RUSSELL E. ADLER
Notary Public, State of New York
No. 02RU6082979
Qualified in Westchester County
Commission Expires Nov 4 20 10