# EXHIBIT 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CANADA DRY DELAWARE VALLEY            :      07 Civ. 8037 (SHS)
BOTTLING COMPANY and CANADA DRY       :
POTOMAC CORPORATION,                  :
                                      :
                    Petitioners,      :
                                      :      ORDER
            -against-                 :
                                      :
HORNELL BREWING CO., INC. D/B/A       :
FEROLITO, VULTAGGIO & SONS,           :
                                      :
                    Respondent.       :
------------------------------------------------------x
```

SIDNEY H. STEIN, U.S. District Judge.

Canada Dry Delaware Valley Bottling Company and Canada Dry Potomac Corporation ("Canada Dry") petition this Court pursuant to 9 U.S.C. § 9 to confirm a Consent Award of Arbitrators issued under the aegis of the American Arbitration Association on August 20, 2007, which resolves a dispute between Canada Dry and Hornell Brewing Company, d/b/a Ferolito, Vultaggio & Sons ("Hornell"). The Court has subject matter jurisdiction over this petition pursuant to 28 U.S.C. § 1332(a)(1) because the parties are citizens of different states and the amount in controversy exceeds $75,000.

In an Order to Show Cause dated September 14, 2007, this Court directed respondent Hornell to file a response to the petition by September 25 and scheduled a hearing for September 28. To date, however, Hornell has not filed a response, and in a letter dated September 27, 2007, Canada Dry notified the Court that Hornell does not oppose the petition to confirm the arbitration award.

1

Therefore, Canada Dry's petition to confirm the arbitration award is granted pursuant to 9 U.S.C. § 9. The Clerk of Court is directed to enter judgment confirming the Consent Award of Arbitrators in AAA Case No. 13 181 01425 05 dated August 20, 2007.

Dated: New York, New York
September 28, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

AMERICAN ARBITRATION ASSOCIATION
NEW YORK, NEW YORK

CANADA DRY DELAWARE VALLEY )
BOTTLING COMPANY, AND CANADA )
DRY POTOMAC CORPORATION, )
)
Claimants, )
)                              AAA Case No.
-against-  )                   13 181 01425 05
)
HORNELL BREWING CO., INC. D/B/A )
FEROLITO, VULTAGGIO & SONS, )
)
Respondent. )

## CONSENT AWARD OF ARBITRATORS

We, the undersigned Arbitrators, having been duly designated in accordance with the arbitration agreements entered into between the above-named parties dated March 17, 1997 and December 23, 1998, and having been duly sworn, and the parties having reached a settlement of this arbitration in accordance with our July 12, 2007 Order (a copy of which is also attached hereto) finding that they are bound by the attached agreements.

Now, therefore, we hereby make the terms set forth in the attached agreements, which comprise the settlement, our Consent Award as follows:

Attachment A - the signed Letter Agreement dated November 14, 2006;

Attachment B - the signed three paragraph handwritten document dated November 14, 2006; and

Attachment C - the unsigned "Settlement Agreement and Mutual Release" dated November ___, 2006, except for (a) Paragraph 1 (Amendments to the Distribution Agreement) and (b) "and the Amendments" in the first line and in the sixth line of Paragraph 8 (Final Understanding), which are stricken.

The administrative fees of the American Arbitration Association totaling $13,500.00, and the compensation and expenses of the arbitrators totaling $131,978.44 shall be borne as incurred. Therefore, no party shall reimburse any other party for any fees and expenses.

This Consent Award is in full settlement of all claims and counterclaims submitted in this Arbitration. All claims not expressly granted herein are hereby denied.

CONSENTED TO:

*[signature: Jack C. G...]*

Wolf, Block Schorr & Solis-Cohen, LLP
Dana Klinges, Esq.
Zachary Glaser, Esq.
Counsel for Claimants
Dated: 8-20-07

Morrison Cohen LLP
Howard S. Wolfson, Esq.
Counsel For Respondent
Dated:

_____      _____
           Date                              Eugene Ginsberg, Esquire


_____      _____
           Date                              Hon. E. Leo Milonas


_____      _____
           Date                              Hon. Walter Schackman


I, Eugene Ginsberg, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the award of this Arbitration Panel.

_____
           Date


I, E. Leo Milonas, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
           Date


I, Walter Schackman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
           Date

CONSENTED TO:

|  |  |
|---|---|
| _____ | *Howard S Wolfson* (signature) |
| Wolf, Block Schorr & Solis-Cohen, LLP | Morrison Cohen LLP |
| Dana Klinges, Esq. | Howard S. Wolfson, Esq. |
| Zachary Glaser, Esq. | Counsel For Respondent |
| Counsel for Claimants | Dated: |
| Dated: | |

_____        _____
        Date                                                     Eugene Ginsberg, Esquire

_____        _____
        Date                                                     Hon. E. Leo Milonas

_____        _____
        Date                                                     Hon. Walter Schackman

I, Eugene Ginsberg, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the award of this Arbitration Panel.

_____
        Date

I, E. Leo Milonas, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
        Date

I, Walter Schackman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
        Date

CONSENTED TO:

*[signature]*

Wolf, Block Schorr & Solis-Cohen, LLP
Dana Klinges, Esq.
Zachary Glaser, Esq.
Counsel for Claimants
Dated: 8-20-07

_____
Morrison Cohen LLP
Howard S. Wolfson, Esq.
Counsel For Respondent
Dated:

*8/20/07*
_____
Date

*[signature]*
_____
Eugene Ginsberg, Esquire

_____
Date

_____
Hon. E. Leo Milonas

_____
Date

_____
Hon. Walter Schackman

I, Eugene Ginsberg, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the award of this Arbitration Panel.

*8/20/07*                                    *[signature]*
_____
Date

I, E. Leo Milonas, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
Date                                         _____

I, Walter Schackman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____
Date                                         _____

2

CONSENTED TO:

																	*[signature: Howard S. Wolf]*

_____						_____
Wolf, Block Schorr & Solis-Cohen, LLP				Morrison Cohen LLP
Dana Klinges, Esq.									Howard S. Wolfson, Esq.
Zachary Glaser, Esq.								Counsel For Respondent
Counsel for Claimants								Dated:
Dated:


_____						_____
Date												Eugene Ginsberg, Esquire

8/23/07
_____						*[signature]*
Date												_____
													Hon. E. Leo Milonas


_____						_____
Date												Hon. Walter Schackman


I, Eugene Ginsberg, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the award of this Arbitration Panel.


_____
Date


I, E. Leo Milonas, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

8/23/07														*[signature]*
_____
Date


I, Walter Schackman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.


_____
Date

CONSENTED TO:

*[signature: Zachary C. Glaser]*

Wolf, Block Schorr & Solis-Cohen, LLP
Dana Klinges, Esq.
Zachary Glaser, Esq.
Counsel for Claimants
Dated: 8-20-07

Morrison Cohen LLP
Howard S. Wolfson, Esq.
Counsel For Respondent
Dated:

_____          _____
           Date                                 Eugene Ginsberg, Esquire

_____          _____
           Date                                 Hon. E. Leo Milonas

   8/22/07                         *[signature: Walter Schackman]*
_____          _____
           Date                                 Hon. Walter Schackman

I, Eugene Ginsberg, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the award of this Arbitration Panel.

_____          _____
           Date

I, E. Leo Milonas, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

_____          _____
           Date

I, Walter Schackman, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is the consent award of this Arbitration Panel.

   8/22/07                         *[signature: Walter Schackman]*
_____          _____
           Date

#653828 v3 \16932\003                           2