# EXHIBIT 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
CANADA DRY DELAWARE VALLEY BOTTLING
COMPANY and CANADA DRY POTOMAC CORP.,
                      Petitioners,

                      07 CIVIL 8037 (SHS)

        -against-

                      **JUDGMENT**

HORNELL BREWING CO., INC. D/B/A FEROLITO,
VULTAGGIO & SONS,
                      Respondent.
-------------------------------------------------------X

       Petitioners having moved to confirm an arbitration award, and the matter having been brought before the Honorable Sidney H. Stein, United States District Judge, and the Court, on September 28, 2007, having issued its Order granting the petition to confirm arbitration and directing the Clerk of the Court to enter judgment confirming the Consent Award of Arbitrators in AAA Case No. 13 181 01425 05 dated August 20, 2007, it is,

       **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 28, 2007, the petition to confirm arbitration is granted; and judgment is entered confirming the Consent Award of Arbitrators in AAA Case No. 13 181 01425 05 dated August 20, 2007.

Dated: New York, New York
        October 1, 2007

                                               J. MICHAEL MCMAHON
                                               Clerk of Court
                              BY:
                                               Deputy Clerk

                            THIS DOCUMENT WAS ENTERED
                            ON THE DOCKET ON _____