# EXHIBIT 6

**WolfBlock** LLP

650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

Dana B. Klinges
Direct Dial: (215) 977-2632
Direct Fax: (215) 405-2632
E-mail:   dklinges@wolfblock.com

April 25, 2008

**VIA FEDERAL EXPRESS**

Howard S. Wolfson, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Re:   <u>CDDV & CDP v. Hornell, 07 Civ. 8037 (SHS)</u>

Dear Howard:

Recently, Canada Dry Delaware Valley ("CDDV") and Canada Dry Potomac ("CDP") have learned that Hornell Brewing Company, Inc. ("Hornell") has been distributing new single-serve packages of AriZona Products in 16 and 20 oz. PET bottles on a widespread basis. Hornell has been distributing these packages directly through Ferolito, Vultaggio & Sons and indirectly through various third party distributors. Hornell is aware that these new packages are Exclusive Products under the terms of the CDDV and CDP Distribution Agreements and the parties' Settlement Agreement, and are not subject to any exception. I notified you by letter dated April 1, 2008, of various violations of the Consent Award concerning distribution of PET products.

Hornell is hereby on notice of yet another violation of the Consent Award, as National Wholesale Liquidators ("National Wholesale") is selling 12 Pack/16 oz. PET bottles of AriZona Iced Tea in various flavors in stores throughout the exclusive distribution territories of CDDV and CDP. The attached advertisement reflects these sales. We have reason to believe that National Wholesale is buying these Exclusive Products directly from Hornell or Ferolito, Vultaggio & Sons. Such sales violate CDDV's and CDP's exclusive distribution rights as set forth in Paragraph 3 of the November 14, 2006 Letter Agreement and Sections 1.1 and 2.4 of the CDDV and CDP Distribution Agreements.

PHL:5820726.1/CAN039-151063

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Howard S. Wolfson
April 25, 2008
Page 2

    Pursuant to ¶ 10 of Undated and Unsigned Settlement Agreement and Mutual Release, which is incorporated in the Consent Award that was confirmed by the United States District Court for the Southern District of New York, we provided Hornell with notice of default on April 1, 2008. Hornell is *still* in default, and has until June 2, 2008 to cure these substantial violations. Unless Hornell ceases direct and indirect distribution of all PET products, CDDV and CDP will enforce their rights under the Consent Award in court.

                                  Very truly yours,

                                    Dana B. Klinges
                                    For WOLFBLOCK LLP

DBK/kbj
Enclosure

cc:    Hornell Brewing Company, Inc. (via Federal Express)
       5 Dakota Drive, Lake Success
       New York, NY 11042
       Attn: Martin Cunningham, Esq.




