# EXHIBIT 7

**WolfBlock** LLP

650 Arch Street, 22nd Floor, Philadelphia, PA 19103-2097
Tel: (215) 977-2000 ■ Fax: (215) 977-2740 ■ www.WolfBlock.com

Dana B. Klinges
Direct Dial: (215) 977-2632
Direct Fax: (215) 405-2632
E-mail:   dklinges@wolfblock.com

May 19, 2008

**VIA FEDERAL EXPRESS**

Howard S. Wolfson, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

   Re: <u>CDDV & CDP v. Hornell, 07 Civ. 8037 (SHS)</u>

Dear Howard:

  At a recent meeting, Hornell Brewing Company, Inc. ("Hornell") informed Canada Dry Delaware Valley ("CDDV") and Canada Dry Potomac ("CDP") that Hornell would not fill orders placed by CDDV and CDP for the new 16 and 20 oz. PET packages being offered by Hornell. This refusal to sell was confirmed on May 12, 2008, when Hornell refused in writing to fill orders for those packages, stating that CDDV and CDP were not "approved for the PET bottles." These new packages are Exclusive Products under the terms of the CDDV and CDP Distribution Agreements and the parties' Settlement Agreement, and are not subject to any exception.

  Hornell's stated reason for refusing to fill orders for these Exclusive Products is that CDDV and CDP have not agreed to Hornell's proposed marketing plan. As you know, the Settlement Agreement prevents Hornell from refusing to sell Exclusive Products to CDDV and CDP where the parties cannot reach a mutually agreeable Business Plan. Moreover, the mere fact that the parties may not agree to the pricing structure suggested by Hornell has never created an exception to the territorial exclusivity granted to CDDV and CDP. CDDV and CDP remain ready, willing and able to distribute these packages throughout their respective territories and maintain that it is their legal right to have the opportunity to do so.

  Given the recent incidents of direct sales and/or transshipment as to which we have sent notices, we believe that Hornell's refusal to sell these Exclusive Products to CDDV and CDP is part of an overall plan by Hornell to ignore the exclusivity granted to CDDV and CDP as to

PHL:5835060.1/CAN039-151063

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

Howard S. Wolfson, Esquire
May 19, 2008
Page 2

these new single serve packages. Section 2.4 of the Distribution Agreements, along with Paragraph 1 of the November 14, 2006 Letter Agreement, prevent Hornell from engaging in transshipment or direct sales of Exclusive Products within the CDDV and CDP Territories. Hornell may distribute 16 and 20 oz. PET products within the CDDV and CDP Territories only to certain customers, pursuant to the exceptions to exclusivity set forth in Paragraph 3 of the November 14, 2006 Letter Agreement, such as drug stores, Aldi's and select military establishments. Outside of these specified exceptions, Hornell's distribution of these Exclusive Products is a blatant violation of the Consent Award.

Pursuant to Paragraph 17 of the CDDV and CDP Distribution Agreements, and Paragraph 10 of Undated and Unsigned Settlement Agreement and Mutual Release, which is incorporated in the Consent Award that was confirmed by the United States District Court for the Southern District of New York, Hornell was given notice of default on April 1, 2008 and again on April 25, 2008. Not only is Hornell *still* in default; it has expanded its violations by selling to Costco and Wegman's.

Hornell has until June 2, 2008 to cure these substantial violations. Unless Hornell agrees in writing prior to June 2, 2008, to cease distributing these Exclusive Products through other distributors in accordance with the Distribution Agreements and the Consent Award, CDDV and CDP will enforce their rights under the Consent Award in court.

Very truly yours,

Dana B. Klinges
For WOLFBLOCK LLP

DBK/kbj

cc: Hornell Brewing Company, Inc. (via Federal Express)
5 Dakota Drive, Lake Success
New York, NY 11042
Attn: Martin Cunningham, Esq.