# EXHIBIT 9

```
** NATIONAL WHOLESALE LIQUIDATORS **
501 Adams Ave, Philadelphia, PA 19120


        Arizona Diet Green      6.00 F
             61300872428
   **** TAX         .00  BAL     6.00
        Cash                     6.00
        CHANGE                    .00
  6/09/08 13:00 0018 08 0131 109
     *** Phone:(215) 742-4440 ***
     *Refund Policy on back of the receipt*
```

```
** NATIONAL WHOLESALE LIQUIDATORS **
5E Marlton Pike Rd.CherryHill NJ 08034

        Arizona Lemon              6.00 F
           613008724226
        Arizona Lemon              6.00 F
           613008724226
        Arizona Diet Green         6.00 F
           613008724228
   **** TAX        .00  BAL       18.00
   VF      AMERICAN EXPRESS       18.00
              XXXXXXXXXXXX3148
           CHANGE                   .00
      6/09/08 12:15 0024 06 0027 104
      *** Phone (856) 857-1155 ***
      *Refund Policy on back of the receipt*
```



```
                 0 WEST
          CHERRY HILL, NJ 08002
             (856) 488-2700

06/09/08  OP# 165449


       ARIZONA TEA/LEMON        6.99 B
       TAX                      0.49

  **** BALANCE                  7.48

       CASH                    20.00
       CHANGE                  12.52

06/09/08 01:03PM 10 23 221 165449
```

Our Price Commitment:
# Consistent Low Prices.

CUSTOMER COPY

```
                    Wegmans
                 2100 ROUTE 70 WEST
                 CHERRY HILL, NJ 08002
                    (856) 488-2700

06/09/08  OP# 165449


          ARIZONA DT GREEN T      6.99 B
          TAX                     0.49

      **** BALANCE                7.48

          CASH                   20.00
          CHANGE                 12.52

06/09/08 01:02PM 10 23 219 165449


              Our Price Commitment:
                 Consistent
                 Low Prices.

                   CUSTOMER COPY
```

# Wegmans

2100 ROUTE 70 WEST
CHERRY HILL, NJ 08002
(856) 488-2700

06/09/08   OP# 165449

| | |
|---|---|
| ARIZONA GREEN TEA | 6.99 B |
| TAX | 0.49 |
| **** BALANCE | 7.48 |
| CASH | 10.50 |
| CHANGE | 3.02 |

06/09/08 01:03PM 10 23 220 165449

Our Price Commitment:
## Consistent Low Prices.

CUSTOMER COPY



CLUB MANAGER DAREN GOODROE
( 856 ) 228 - 9469
Fax and Pull # (856)227-4539
DEPTFORD, NJ
06/11/08 09:59 0211 6670 007        1527

W MEMBER   101-28497223743

**THANK YOU,**
GEORGE J PETRUNCIO MD PA

```
140751 ARNOLDPALMER          17.82 N
241806 AZLEMON TEA           10.56 T
              SUBTOTAL       28.38
    TAX 1   7.000 %           0.74
                 TOTAL       29.12
           CASH  TEND        50.00
           CHANGE DUE        20.88
```

**# ITEMS SOLD 2**

TC# 9877 5927 9555 1709 0232



Save on credit card processing for
your business - call 1-888-222-0178.
        06/11/08    10:00:00



```
       CLUB MANAGER OWEN CLARKE
           ( 215 ) 632 - 2299
        Fax and Pull # (215)632-2905
              PHILADELPHIA, PA
06/09/08 16:31 1958 6332 005        2080

G MEMBER   101-10460456700
```

# THANK YOU,
JOSEPH CLAYTON

```
    197307 613008724252        10.64 N
    197300 AZ GREEN TEA        10.64 N
              SUBTOTAL         23.41
           10% UPCHARGE         2.13
                 TOTAL         23.41
             CASH  TEND        30.00
             CHANGE DUE         6.59
```

# # ITEMS SOLD 2

TC# 5869 7019 8876 5842 0144



```
Save on credit card processing for
your business - call 1-888-222-0178.
      06/09/08     16:32:11
```



```
CLUB MANAGER WENDY GOMEZ
        ( 856 ) 303 - 2192
   Fax and Pull # (856)303-2101
        CINNAMINSON, NJ 08077
06/03/08 13:55 8237 8145 007    2254

V MEMBER   101-21233510924
```

# THANK YOU,
VINCENT CONTI

```
    197300 AZ GREEN TEA         10.64 T
                   SUBTOTAL     10.64
         TAX 1   7.000 %         0.75
                      TOTAL     11.39
                 DEBIT TEND     11.39
                 CHANGE DUE      0.00


EFT DEBIT        PAY FROM PRIMARY
ACCOUNT :             4359
   11.39  TOTAL PURCHASE
REF # 815500244817
NETWORK ID. 0071 APPR CODE 647061
        06/03/08    13:56:03
```

# # ITEMS SOLD 1

TC# 8903 2391 0629 6453 8600



Plan your summer escape. Save up
to 70%! Visit samsclub.com/travel.

```
            BJ'S WHOLESALE CLUB
            2054 RED LION ROAD
             PHILADELPHIA, PA
              0022 020 3646    06/09/08
  CASH-1              121 1    15:26:11

          MEMBERSHIP ID.    0224  ?0109
          MEMBERSHIP EXPIRES ON    /45


  61300872421 ARZ TEA 16OZ      10.69N
  61300872421 ARZ TEA 16OZ      10.69N
     ITEM TOTAL 2
                TOTAL           21.38

  CASH                          50.00
              CHANGE            28.62

      THANK YOU FOR SHOPPING AT BJ'S
```



```
            *0609022203646*

          Start Earning Points
          For Every $1 You Spend
           With BJ's Visa Card

  * 2 Points for Every $1 Spent at BJ's
  * 1 Point for Every $1 Spent Elsewhere
    * 2,000 Points = $20 in BJ's Bucks
  * Low Intro APR on Balance Transfers
   * Use as your BJ's Membership Card

           Get 1,000 Bonus Points
           With Your First Purchase

            Apply Online Today at
              www.bjsvisa.com/24
         Then Watch Your Savings Multiply
                   *****
          Shop BJs.com for savings
```



```
CLUB MANAGER BRUCE SIDDENS
       ( 410 ) 744 - 7174
    Fax and Pull # (410)744-2319
          CATONSVILLE, MD
06/12/08 12:16 6195 6651 010        244
V MEMBER  101-1041 784598

THANK YOU
DAVID WHITTAKER

  140751 ARNOLDPALMER     17.82 T
             SUBTOTAL     17.82
    TAX 1  6.000 %         1.07
               TOTAL      18.89
         CASH TEND       20.00
         CHANGE DUE       1.11

 # ITEMS SOLD  1

TC# 5322 4692 2922 8658 4989
```



```
Celebrate Father's Day on June 15 with
    savings on watches and cologne.
          06/12/08    12:16:16
```



```
           BJ'S WHOLESALE CLUB
       8139 GOVERNOR RITCHIE HIGHWAY
              PASADENA, MD
              0059 054 0777    06/12/08
CASH-1              604 1      12:50:30

MEMBERSHIP ID.    13140603206
MEMBERSHIP EXPIRE    02/09


61300872423 ARIZONA TEA      10.99N
            TOTAL            10.99
ITEM TOTAL 1
CASH                         20.00
            CHANGE            9.01

THANK YOU FOR SHOPPING AT BJ'S

         *0612059540777*

          www.bjsvisa.com/24
     Then Watch Your Savings Multiply
                 *****
      Shop BJs.com for savings on
    thousands of other great products!
              www.bjs.com

        Item Total = 1
********************
*      * PAID *        *
*   Thu, 6/12/2008    *
*       12:51 PM       *
********************
```

```
EXXON
25723

DUMFRIES EXXON
17019 DUMFRIES RD.
DUMFRIES VA
06/11/2008   09:41
ArizonaIce  $1.39T
TOTAL        $1.46
CASH         $2.00
TL/NOTAX     $1.39
TAX PD       $0.07
CHANGE       $0.54
RECEIPT NO. 1-5501
    THANK YOU
PLEASE COME AGAIN
   REPRINT
```

```
EXXON
25723

DUMFRIES EXXON
17019 DUMFRIES RD.
DUMFRIES VA
06/11/2008   09:42
ArizonaIce  $2.00T
TOTAL        $2.10
CASH         $2.10

TL/NOTAX     $2.00
TAX PD       $0.10
RECEIPT NO. 1-5502
    THANK YOU
PLEASE COME AGAIN
   REPRINT
```

```
Emmorton Park Exxon, 28352
1804 Old Edgewood RD
Edgewood, MD  21040

         06/10/2008 5:06:04 PM
   Register: 2 Trans #: 5266 Op ID: 313
         Your cashier: Anwar

ARIZ SOUTHERN SWEET TEA         $1.79
                              ----------
              Subtotal =        $1.79
                   Tax =        $0.11
                              ----------
                 Total =        $1.90

           Change Due =        $-0.10

Cash                            $2.00


         Thank You Please Come Again
```

```
      EXXON
      20472

   ARUNDEL MILLS
    ON THE RUN

05/22/2008    19:45
DtGrnTeaW/    $1.49T
TOTAL         $1.58
CASH          $5.00

TL/NOTAX      $1.49
TAX PD        $0.09
CHANGE        $3.42
RECEIPT NO. 2-8521
7671 ARUNDEL MILLS
      CIRCLE
HANOVER,MD.21076
REPRINT
```

```
ESSEX ON THE RUN, 20400
2333 EASTERN BLVD
MIDDLE RIVER, MD  21220

         06/10/2008 5:09:29 PM
   Register: 2 Trans #: 6032 Op ID: 3
         Your cashier: Parjeet

ARIZ DT GRN TEA W/GINSEN (613008723620)$1.
69 103
                              ----------
              Subtotal =        $1.69
                   Tax =        $0.11
                              ----------
                 Total =        $1.80

           Change Due =        $-3.20

Cash                            $5.00


                         410-686-5850
```



