# EXHIBIT 4

## US RTD TEA DOLLAR SALES 2007*



Chart legend: ■ Millions US Dollars; ◆ Percent Change from 2006

| Brand | Millions US$ | % Change from 2006 |
|---|---|---|
| ARIZONA | $291.6 | |
| LIPTON | | 91.4% |
| SNAPPLE | $133.2 | |
| LIPTON BRISK | $88.4 | |
| DIET SNAPPLE | $83.7 | |
| NESTEA | | 41.2% |
| LIPTON ICED TEA | $66.1 | |
| PRIVATE LABEL | $49.0 | −36.4% |
| NESTEA ENVIGA | $35.5 | 9.99% |
| | $30.8 | NA** |
| LIPTON PURE LEAF | $20.7 | NA |

(ENDING DEC. 30, 2007)
*SUPERMARKETS, DRUGSTORES AND MASS MERCHANDISE OUTLETS (EXCLUDING WAL-MART)
**NESTEA ENVIGA LAUNCHED NATIONALLY IN 2007
SOURCE: INFOSCAN REVIEWS, INFORMATION RESOURCES, INC. (IRI)

Don't let these charts deceive you. Big brands like Snapple, Arizona and Lipton are the money makers in the RTD tea segment, but behind the numbers, brands like Honest Tea, Fuze, Sweet Leaf and Coca-Cola's Gold Peak Iced Tea made IRI's Top 20 list. Though their growth margins are small in scale to those of the big players—the Austin, Texas, USA-based brand Sweet Leaf came in at just over US$4.5 million in sales in 2007—they are demonstrating strong growth nonetheless.

> ❝ The imagery on tea is so hot. Tea just has this great halo around it. It really hit dead center of the health and wellness position, and we have it up this year at about 20 percent. ❞
>
> MICHAEL BELLAS
> CHAIRMAN AND CEO
> BEVERAGE MARKETING CORPORATION