```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
CANADA DRY DELAWARE VALLEY        :
BOTTLING COMPANY and CANADA       :
DRY POTOMAC CORPORATION,          :        07 Civ. 8037 (SHS)
                                  :
            Petitioners,          :
                                  :        STIPULATION FOR
     -against-                    :        EXTENSION OF TIME
                                  :
HORNELL BREWING CO., INC., D/B/A  :
FEROLITO, VULTAGGIO & SONS,       :
                                  :
            Respondent.           :
------------------------------------------------- x

   IT IS STIPULATED AND AGREED between Petitioners, Canada Dry Delaware Valley Bottling Company and Canada Dry Potomac Corporation, and Respondent, Hornell Brewing Co., Inc., through their respective and undersigned counsel, that Respondent shall have until **July 23, 2008**, to serve any opposing affidavits and answering memoranda of law in response to the Motion to Compel Compliance and for Contempt. Currently, Respondent has until July 14, 2008, to serve responding papers; and

   IT IS FURTHER STIPULATED AND AGREED that Petitioners shall have until **August 6, 2008**, to serve any reply affidavits and reply memoranda of law to Respondent's response thereto. Currently, Petitioners have until July 21, 2008, to serve reply papers; and

   IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and the stipulation may be signed in counterparts, which together constitute one instrument.

PHL:5860081.1/CAN039-151063

This is the first such stipulation for an extension of time presented to this Court for approval.

Dated:   New York, New York
         July 8, 2008

_____
Howard S. Wolfson
David S. Goldstein
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
Attorneys for Respondent

_____
Dana B. Klinges
Jennifer F. Beltrami
WOLFBLOCK LLP
250 Park Avenue
New York, New York 10177
(212) 986-1116
Attorneys for Petitioners

SO ORDERED: 7/10/08

_____