UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CANADA DRY DELAWARE VALLEY
BOTTLING COMPANY and CANADA : 07 Civ. 8037 (SHS)
DRY POTOMAC CORPORATION
:
Petitioners,
: **RULE 7.1 STATEMENT**
- against -
:
HORNELL BREWING CO., INC. d/b/a
FEROLITO, VULTAGGIO & SONS,
:
Respondent.
-------------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Hornell Brewing Co., Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       July 23, 2008

                                          Respectfully submitted,

                                          MORRISON COHEN LLP

                                          By: _____
                                             Howard S. Wolfson (HW-8858)
                                             David S. Goldstein (DG-9958)

                                          909 Third Avenue
                                          New York, New York 10022
                                          (212) 735-8600
                                          Attorneys for Plaintiff

#639342 v1 \16932 \003