# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The undersigned being duly sworn, deposes and says:

1. I am not a party to this action. I am over 18 years of age and reside in Suffern, New York.

2. On the 23rd of July, 2008, deponent served the attached Rule 7.1 Statement on the following party:

>   Zachary C. Glaser
>   WolfBlock LLP
>   1650 Arch Street -- 22nd Floor
>   Philadelphia, PA 19103-2097

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

*Lucy Mahecha*
Lucy Mahecha

Sworn to before me this
23rd day of July, 2008.

_____
Notary Public

HECTOR GONZALEZ
Notary Public, State of New York
No. 01GO5067444
Qualified in Bronx County
Certificate filed in New York County
Commission Expires Oct. 16, 20__

#630080 v1 \18955 \001