**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

The undersigned being duly sworn, deposes and says:

1. I am not a party to this action. I am over 18 years of age and reside in Suffern, New York.

2. On the 23rd of July, 2008, deponent served the attached Respondent's Memorandum of Law in Opposition to Petitioners' Motion to Compel Compliance and for Contempt on the following party:

> Zachary C. Glaser
> WolfBlock LLP
> 1650 Arch Street -- 22nd Floor
> Philadelphia, PA 19103-2097

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

_____
Lucy Mahecha

Sworn to before me this
23rd day of July, 2008.

_____
Notary Public

HECTOR GONZALEZ
Notary Public, State of New York
No. 01GO5067446
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Oct. 19, 20__

#1363078 v1 \016932 \0003