# EXHIBIT 1

# Dooley, Mike

**From:** John Welsh [JWelsh@arizonaicedt.com]
**Sent:** Friday, February 22, 2008 4:07 PM
**To:** Dooley, Mike
**Subject:** Recap of meeting February 20, 2008

Mike,

I would like to thank you for taking the time to meet with John DeKlerk and me on February 20 in Pennsauken. Just to recap some of the topics we discussed:

- CD-Atlantic City. Kevin Scullen said he has not been receiving his credits. I confirmed that I will look into his concerns by Friday, February 22 and call him with my findings. Also, I will follow it up with an e-mail and copy you. (the girl who handles this is out because of the snow so I will follow it up next week).
- Arizona 20oz.PET-we discussed the introduction of the 20oz.PET which you are looking to launch in late April or early May. We will kick it off with an incentive for the sales team in which we will look to base it on distribution and look to run a $3.00 per new account for a two week time frame. Each salesman will have a minimum of 20 accounts that they would have to achieve. We will need at least two weeks lead time to order the product and we will finalize the incentive as we get closer to the launch date. The more lead time you give me, the better it would help our production team. We both agreed that a placement of 1 case does not warrant a new distribution account. It will be based on the products that you elect to carry. We will run the incentive in all of your eight locations. A rough estimate is it will get us in 500-750 accounts in the Pennsauken facility.
- We spoke about the C&P accounts. I will review your concerns when I meet with Paul O'Donnell.
- Arizona 16oz.PET- our Direct Team has contacted some major chains with the introduction of the 16oz.PET. As of today, only A&P and their affiliates have officially taken it in. The accounts are as follows:
  Pathmark-has showed them a mock up of the product in late December but has not shown them the official package as of yet. They are trying to set up an appointment.
  A&P/Super Fresh/ Waldbaum's/Food Basics-has shown the product and they are looking to go at an everyday retail of $6.49. The set up date is pending.
  ACME-has shown them the product but ACME is not looking to have dual distribution. Nothing has been finalized.
  Wakefern Shop Rite-has shown them the product but nothing has been finalized.

  Our plan is to offer these accounts a $5.75 cost for a $7.99 retail

  As a review of the program on the 16oz.PET, it comes in four flavors- Green, Lemon, Pomegranate, and Diet Green. The cost to you is $5.89 with an off invoice marketing allowance of $.14 for a net of $5.75. This is the everyday cost we are going to the Chains with. If our Direct Team goes below the $5.75 cost, we will as a company pay the Chain directly the difference. This eliminates all clerical work for you. We will pay you $1.00 for every case you sell.

  You agreed that you will take the Arizona 16oz.PET in but had the following concerns:

  - What happens to the 16oz.glass? The answer is the 16oz.glass will be continued to be produced as there are flavors that are not available in the 16oz.PET. The flavors that are available in both packages will eventually have the dual glass packages discontinued. We are looking at carrying both packages at least until the end of this year. This date has not been finalized.
  - What happens with the Drug Channel that we service from our Direct Team? The answer is since we do not carry the full line of 16oz.PET, we will continue to service them with the existing packages that they carry.

The 34oz crew drive- I will look to place my team that is on this assignment back into your market. They will concentrate on the resets that are coming up (Sunoco A+, WAWA, and Shop Rites) and when there are no resets, work through Nick DeCarlo and or John DeKlerk to concentrate working with your sales team to grow the Arizona brands. John will contact Nick to set up schedules.

You gave me a copy of the agreement that John Taglienti signed specifically stating all of the shipments that we distribute for the Northeast will be kept in the strictest confidence. I gave a copy to Martin Cunningham. As soon as he gives me permission, I will forward you these numbers.

I gave you a copy of the finalized Sunoco A+ resets that are scheduled starting March 3, 2008 for your perusal.

Sincerely,

John Welsh
Mid-Atlantic Regional Manager
Arizona Beverages
5 Dakota Drive
Suite 5
Lake Success, NY 11042
Phone 516-812-0323
Fax    516-812-0594

7/28/2008