# EXHIBIT 2

## Dooley, Mike

| | |
|---|---|
| m: | Dooley, Mike |
| .it: | Tuesday, April 29, 2008 8:07 AM |
| To: | 'John Welsh' |
| Cc: | Taglienti, John |
| Subject: | Meeting Recap 4/24/08 |

John,

I just wanted to provide you a recap the key points discussed during our meeting on Thursday 4/24/08. They were as follows:

A) Arizona is prepared to roll the 20oz PET program to Distributors beyond their test market at this time, however the roll-out will be contingent upon the Distributor agreeing to the pricing communicated in your initial presentation. You confirmed that you had received our 20oz PET order for the Landover facility but also confirmed you would not be sending it to us because we planned on establishing a higher price than Arizona required.
B) You confirmed that you also received our 16oz PET order, and would not be filling that order for the same reason as the 20oz order above.
C) You confirmed that 16oz PET had been presented to A&P, Waldbaums, Stop & Shop and Acme, however it had not been confirmed as being authorized by them as yet.
D) You stated that 16oz Glass would still be available to us through the end of 2008.
E) You stated that we can expect to see Gallons being sold in A&P for $2.00 and in Food Basics for $1.96. You also mentioned that your team would be expected to build the Gallon displays in the Food Basics stores in our territory.
F) You stated that based on your research you believe Jetro is buying product direct from your facility in Elizabeth NJ and then they are delivering it to Jetro locations within our territory. As we pointed out, and you acknowledged, this practice would still be considered transshipping and Arizona would be obligated to put an end to it.
G) We questioned the possibility of getting Non-Pre-Priced big cans sent to us and you informed me that they are available only in Florida and Hawaii.
H) We let you know that we received notice that we had transshipped product into Calvert County Va. and that we were ig to stop doing so immediately. We informed you that we had been delivering to that territory for several years now based on a request made by Steve Parano to do so. Additionally we informed you that there are about 18 chain accounts (7-11, Wawa, Shoppers, Giant) in the territory and that the Distributor you have assigned will need to begin to deliver to them.
I) You mentioned that Arizona will be adding a Food Service Manager in this territory to help deal with accounts like Aramark and Sodexho.
J) You informed us that the expectation is that all credits will be cleared up by the end of April.
K) You took us through several sets of "Before and After" pictures taken of accounts in VBB's territory in which your team had established a premium presence position for Arizona. We discussed doing the same in our territories in the near future.

I believe this captures the key points discussed. I will communicate Arizona's position on the 20oz PET and 16oz PET packages to our Management team once you confirm that the recap above is accurate. Please do so at your earliest convenience so we can move forward with next steps as soon as possible.

    Thanks
        Mike