# EXHIBIT 3

## Dooley, Mike

**From:** Strott, Greg
**Sent:** Wednesday, December 12, 2007 1:06 PM
**To:** Dooley, Mike
**Subject:** FW: Arizona in Exxon/Mobil

Mike,
Here is the response from the national CM for Exxon/Mobil regarding Arizona for 2008....

-----Original Message-----
From: todd.s.mcfarland@exxonmobil.com
Sent: Wednesday, December 12, 2007 6:53 AM
To: Strott, Greg
Subject: RE: Arizona in Exxon/Mobil


Greg:

AZ for ExxonMobil 2008 NonCarb. will be the 20oz. PET only.  Cans do not meet the penny profit requirement as well set a low price value in the vault given that they are pre priced at $.99.  The glass no longer makes the volume threshold -- looking to the PET offer to fill the void.

I hope this is help full.

Take care.

Todd S. McFarland
Global Category Director

Email: Todd.S.McFarland@exxonmobil.com
Office: (703) 957.4134
Fax:    (703) 327.9897
Cell:   (571) 224.6782
Mailing Address:
43053 Pemberton Square, Suite 120-302
South Riding, VA. 20152


Confidentiality Notice:  This document may contain information that is proprietary and confidential.  If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of this document is prohibited.


    -----Original Message-----
  From:    Strott, Greg
  Sent:    Wednesday, December 05, 2007 10:25 AM
  To:      'todd.s.mcfarland@exxonmobil.com'
  Subject:     Arizona in Exxon/Mobil

    Todd,

1

First of I wanted to thank you for the time and open discussion we had Monday morning. It's good to work with partners in such an open manner and I know we can all be successful and meet our mutual objectives together when we work in that way.

I also wanted to follow up on the brief conversation we had regarding plans for Arizona next year. I believe you said the plan was for E/M to carry just the 20oz. PET package and not the cans or the glass packages. Is that correct?

Thanks again, and safe travels.
Greg


Greg Strott
Key Account Manager
Canada Dry Potomac Corporation
3600 Pennsy Drive
Landover, MD 20785
Ph:(240)487-2049  Fx:(301)772-9467
E: strottg@cdpotomac.com